UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-063-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| KEITH WARREN ROBERTS, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 9, 2010. The United States was represented by AUSA Andrew Colasurdo and the defendant by Jennifer Wellman for Michael Nance. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 28, 2007 by the Honorable Marsha J. Pechman on charges of Felon in Possession of Ammunition and Felon in Possession of a Firearm, and sentenced to 31 months custody, 3 years supervised release. (Dkt. 56.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from entering any establishment where alcohol is the primary commodity for sale, participate in drug testing and treatment, abstain from alcohol,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

submit to search, provide financial information to his probation officer upon request, not associate with any known gang members and be prohibited from being a member of the Ghost Riders, or wearing or displaying any gang colors or emblems.

In an application dated January 26, 2010 (Dkt. 66-67 ), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Committing the crime of assault 4th degree, in violation of the special condition prohibiting the defendant from committing any new federal, state, or local crimes.

2. Consuming alcohol on or before January 23, 2010, in violation of the special conditions prohibiting the defendant from consuming alcohol or other intoxicants.

3. Failing to pay the mandatory penalty assessment of $200 in violation of the special condition requiring the defendant to pay the mandatory special assessment as instructed by the probation officer.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation 2 and waived any evidentiary hearing as to whether it occurred. He requested an evidentiary hearing before a Magistrate Judge on violations 1 and 3. (Dkt. 69.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 2, and that the Court conduct a hearing limited to the issue of disposition. An evidentiary hearing has been scheduled on alleged violations 1 and 3.

Pending a final determination by the Court, defendant has been detained.

DATED this 9th day of February, 2010.

                                          /s/ Mary Alice Theiler
                                          Mary Alice Theiler
                                          United States Magistrate Judge

cc:    District Judge:          Honorable Marsha J. Pechman
       AUSA:                   Andrew Colasurdo
       Defendant's attorney:   Jennifer Wellman, Michael Nance
       Probation officer:      Angela McGlynn, Lorraine Bolle

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3